No. 258. INTERNATIONAL ASSOCIATION OF MACHINISTS ET AL. *v.* STREET ET AL. Appeal from the Supreme Court of Georgia. Probable jurisdiction noted. *Milton Kramer, Lester P. Schoene* and *Cleburne E. Gregory, Jr.* for appellants.

No. 98. UNION PACIFIC RAILROAD Co. *v.* UNITED STATES. Appeal from the United States District Court for the Southern District of Iowa. Probable jurisdiction noted. *Elmer B. Collins* and *James H. Anderson* for appellant. *Solicitor General Rankin, Assistant Attorney General Doub, Morton Hollander* and *John G. Laughlin, Jr.* for the United States.

No. 83. MITCHELL, SECRETARY OF LABOR, *v.* H. B. ZACHRY Co. C. A. 5th Cir. Certiorari granted. *Solicitor General Rankin, Stuart Rothman, Harold C. Nystrom, Bessie Margolin* and *Jacob I. Karro* for petitioner. *Chester H. Johnson* and *R. Dean Moorhead* for respondent.

No. 139. KIMM *v.* HOY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari granted. *Joseph Forer* and *David Rein* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Robert S. Erdahl* and *Robert G. Maysack* for respondent.

No. 156. MINER ET AL., JUDGES, U. S. DISTRICT COURT, *v.* ATLASS. C. A. 7th Cir. Certiorari granted. *Harold A. Liebenson* and *John E. Harris* for petitioners. *Edward B. Hayes* for respondent.